

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2022

No. 04-21-00560-CR

Ronald **GUILLORY** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR13486
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After we granted the State's first motion for an extension of time to file the brief, the State's brief was due on May 9, 2022. *See* TEX. R. APP. P. 38.6(d). On May 9, the State requested a further extension of one day.

The State's motion is GRANTED; its brief is deemed timely filed. *See id.*

It is so **ORDERED** on this 11th day of May, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court